UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV -2 PM 4:52
CLERK_____
SO. DIST. OF GA.

United States of America )
v. )
) Case No: 5:01-CR-00006-1
Kyle A. Murray )
) USM No: 10745-021
Date of Original Judgment: November 5, 2001 ) Michael D. Devane
Date of Previous Amended Judgment: N/A ) Defendant's Attorney
*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated November 5, 2001, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Nov. 2, 2015

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Effective Date: _____ Southern District of Georgia
*(if different from order date)* Printed name and title